IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KZ CROP SERVICE, INC.,

Plaintiff,

v.

PREFERRED POPCORN,

Defendant.

Case No. 15-cv-1225 JPG/SCW

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 24, 2016**               **JUSTINE FLANAGAN, Acting Clerk of Court**

*s/Tina Gray*
**Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**